BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 4 OF THE TOWN OF ISLIP, COUNTY OF SUFFOLK, Respondent, v. ROBERT W. KINSEY, Appellant, et al., Defendants.— In a proceeding to condemn real property for use as a school site, defendant Kinsey appeals from an order of the County Court, Suffolk County, denying his motion to dismiss the petition for insufficiency on its face. Order affirmed, with $10 costs and disbursements, with leave to appellant to answer within ten days after the entry of the order hereon. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.